| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Garland, Merrick B | 2. Court or Organization<br><br>US Court of Appeals DC Circuit | 3. Date of Report<br><br>03/11/2008 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Circuit Judge-Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>333 Constitution Avenue, N.W.<br>Washington, D.C. 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Member | Board of Overseers, Harvard University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 P 12: 46 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 03/11/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard University | 02/03-04; 02/11 | Cambridge, MA | Bd of Overseers Meetings | Transportation, meals, room |
| 2. | Harvard University | 03/31-04/01 | Cambridge, MA | Bd of Overseers Meeting | Transportation, meals, room |
| 3. | Harvard University | 06/05-10 | Cambridge, MA | Bd Overseers; Graduation | Transportation, meals, room |
| 4. | Harvard University | 09/29-30 | Cambridge, MA | Bd of Overseers Meeting | Transportation, meals, room |
| 5. | Harvard University | 11/29-12/03 | Cambridge, MA | Bd of Overseers Meeting | Transportation, meals, room |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 03/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 03/11/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust Bank accounts | D | Interest | M | T | | | | | |
| 2. Sun Trust Bank accounts | D | Interest | L | T | | | | | |
| 3. Justice Federal Credit Union accounts | D | Interest | M | T | | | | | |
| 4. U.S. Savings Bonds | | None | K | T | | | | | |
| 5. IRA #1 | C | Interest | K | T | | | | | |
| 6. -Edward Jones Co. Money Market | | | | | | | | | |
| 7. -Bank of Cowetta CD | | | | | Redeemed | 08/17 | K | | |
| 8. -State Bank CD | | | | | | | | | |
| 9. -Investors Community Bank CD | | | | | Bought | 08/27 | K | | |
| 10. Brokerage Account #1 | | | | | | | | | |
| 11. -General Mills Inc. Common | B | Dividend | L | T | | | | | |
| 12. -Wyeth Common | A | Dividend | K | T | | | | | |
| 13. -Bristol-Myers Squibb Co. Common | A | Dividend | K | T | | | | | |
| 14. -Zimmer Holdings Inc. Common | | None | J | T | | | | | |
| 15. -General Electric Co. Common | C | Dividend | M | T | | | | | |
| 16. -Plum Creek Common | A | Dividend | | | Donated | | | | |
| 17. -Procter & Gamble Co. Common | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 03/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -J.M. Smucker Co. Common | A | Dividend | J | T | | | | | |
| 19. -The Reserve Fund (Money Market) | C | Dividend | | | Sold | 11/27 | M | | |
| 20. -Citigroup Inc. Common | C | Dividend | L | T | | | | | |
| 21. -Credit Suisse Cap. Apprec. Fund | A | Dividend | L | T | | | | | |
| 22. -Nuveen Maryland Prem. Inc. Municipal Fund | D | Dividend | N | T | Bought | 02/06 | L | | |
| 23. | | | | | Bought | 02/07 | L | | |
| 24. -U.S. Treasury Notes (combined listing) | F | Interest | P1 | T | Pt. Redeemed | 01/31 | N | | |
| 25. | | | | | Bought | 02/06 | N | | |
| 26. | | | | | Bought | 11/14 | M | | |
| 27. | | | | | Pt. Redeemed | 11/15 | M | | |
| 28. -Bear Stearns Tempfund | A | Dividend | | | Bought | 11/28 | M | | |
| 29. | | | | | Sold | 12/19 | M | | |
| 30. -Bear Stearns Fedfund | A | Dividend | M | T | Bought | 12/19 | M | | |
| 31. Brokerage Account #2 | | | | | | | | | |
| 32. -Fidelity Municipal Money Market | A | Dividend | L | T | | | | | |
| 33. -Fidelity Equity Income II | E | Dividend | N | T | | | | | |
| 34. -Fidelity Spartan 500 Index Fund | D | Dividend | N | T | Bought | 02/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R-=Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 03/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Bought | 03/01 | L | | |
| 36. Fidelity Contrafund | F | Dividend | O | T | | | | | |
| 37. IRA #2 | B | Dividend | K | T | | | | | |
| 38. -Edward Jones Co. Money Market | | | | | | | | | |
| 39. -Prudential Jennison Growth Fund | | | | | Sold | 05/01 | J | | |
| 40. -Capital World Growth & Income Fund | | | | | Bought | 05/01 | J | | |
| 41. | | | | | Bought | 05/02 | J | | |
| 42. Retirement Account | E | Dividend | M | T | | | | | |
| 43. -Fidelity Magellan Fund | | | | | | | | | |
| 44. Trust #1 | D | Interest | N | T | | | | | |
| 45. -U.S. Treasury Notes (Bonds) | | | | | Pt. Redeemed | 11/15 | K | | |
| 46. | | | | | Bought | 11/15 | L | | |
| 47. -Gabelli Growth Fund | | | | | | | | | |
| 48. -The Reserve Fund (Money Market) | | | | | Sold | 11/27 | K | | |
| 49. -Bear Stearns Tempfund | | | | | Bought | 11/27 | K | | |
| 50. Trust #2 | D | Interest | N | T | | | | | |
| 51. -U.S. Treasury Notes (Bonds) | | | | | Pt. Redeemed | 11/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garland, Merrick B | 03/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Bought | 11/15 | L | | |
| 53.   -Gabelli Growth fund | | | | | | | | | |
| 54.   -The Reserve Fund (Money Market) | | | | | Sold | 11/27 | K | | |
| 55.   -Bear Stearns Tempfund | | | | | Bought | 11/27 | K | | |
| 56.   Rollover IRA | D | Dividend | N | T | | | | | |
| 57.   -Fidelity Spartan US Equity Index | | | | | | | | | |
| 58.   Brokerage Account #3 | | | | | | | | | |
| 59.   -Fidelity Cash Reserves | C | Interest | M | T | | | | | |
| 60.   -Fidelity Contrafund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544